**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
ELI WAGSCHAL,

                Plaintiff,

-against-

JAMES SKOUFIS, in his individual and official
Capacities as a New York State Senator and
former Assemblyman,

                Defendants.
-----------------------------------------------------------X

19 CIVIL 2393 (CM)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 2, 2020, Defendant's motion to dismiss is granted; Defendant's motion for summary judgment on the basis of qualified immunity is granted; accordingly, the case is closed.

**Dated:** New York, New York
         March 3, 2020

RUBY J. KRAJICK
Clerk of Court

BY:

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/3/2020